

**FILED**

SEP 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DOMINIQUE LASHON DANIELS, | No. 19-55983 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 8:18-cv-00265-CJC-SK |
| v. | Central District of California, Santa Ana |
| SECURITAS SECURITY SERVICES USA, INC., | ORDER |
| Defendant-Appellee. | |

Before: WARDLAW, NGUYEN, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the July 23, 2019 order challenged in the appeal is not final or appealable. *See Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005) (district court order staying judicial proceedings and compelling arbitration is not appealable); *see also Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se