# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE LASHON DANIELS,<br><br>   Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>   Defendants. | Case No. 8:18-cv-00265-CJC (SKx)<br>Judge:   Hon. Cormac J. Carney<br><br>**ORDER ON JOINT STIPULATION RE: NOTICE OF VOLUNTARY DISMISSAL** |

## ORDER

Having considered the above Stipulation and such other matters as the Court deemed relevant, and good cause appearing, IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice. Each Party shall bear there/its own cost and expenses incurred in connection to the above-referenced case. This Court will retain jurisdiction to enforce the settlement between the Parties.

IT IS SO ORDERED.

Dated: February 7, 2022

The Honorable Cormac J. Carney
Judge of the United States District Court, Central District of California